UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., <br><br> Plaintiff, <br><br> v. <br><br> DEVON CANADA CORPORATION, <br><br> Defendant. | Civil Action No: <br> 04-30128-MAP |

### DEFENDANT DEVON CANADA CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Devon Canada Corporation states that it is an indirect subsidiary of Devon Energy Corporation.

DATED: August 10, 2004

Respectfully submitted,

William L. Prickett (BBO #555341)
Anita B. Bappoji (BBO #644657)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: 617-248-7000
Facsimile: 617-248-7100

Counsel for Defendant
Devon Canada Corporation

John M. Simpson
Michelle C. Pardo
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-662-0200
Facsimile: 202-662-4643

Of Counsel for
Defendant Devon Canada Corporation

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion To Hold In Abeyance Its Obligation To Respond To The Complaint Or In The Alternative For An Extension Of Time was served on the 10th day of August, 2004, via first class mail, postage prepaid, on the following:

Robert J. Muldoon
David A. Brown
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110

_____
Anita B. Bapooji