UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVON CANADA CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No: <br> 04-30128-MAP |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below are being manually filed with the Court by Defendant Devon Canada Corporation ("Devon") and are available in paper form only:

1. Appendix Of Exhibits In Support Of Defendant Devon's Motion To Dismiss For Lack Of Personal Jurisdiction And Forum Non Conveniens, and Exhibits 1-14 attached thereto; and

2. Compendium Of Unpublished Authority In Support Of Defendant Devon's Motion To Stay In Deference To A Pending Foreign Proceeding, and Tabs A-B attached thereto.

The original documents are being sent to the Court by overnight mail and will be maintained in the case file in the Clerk's Office.

Dated: September 17, 2004                     Respectfully submitted,

/s/ Anita B. Bapooji
William L. Prickett (BBO #555341)
Anita B. Bapooji (BBO #644657)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: 617-248-7000
Facsimile: 617-248-7100

Counsel for Defendant
Devon Canada Corporation

        John M. Simpson
        Michelle C. Pardo
        Fulbright & Jaworski, LLP
        108 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone: 202-662-0200
        Facsimile: 202-662-4643

        Of Counsel for
        Defendant Devon Canada Corporation

## **CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of Devon's Notice Of Filing With Clerk's Office was served on the 17th day of September, 2004 via hand delivery, on the following:

        Robert J. Muldoon
        David A. Brown
        Sherin and Lodgen LLP
        101 Federal Street
        Boston, MA 02110


        /s/ Anita B. Bapooji
        Anita B. Bapooji