UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DEVON CANADA CORPORATION, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO.  04-30128-MAP |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits, or attachments listed below are being manually filed with the Court by Plaintiff Pittsfield Generating Company, L.P. ("PGC") and are available in paper form only:

1. Affidavit of David A. Brown in Support of Pittsfield Generating Company, L.P.'s Opposition to Devon's Motion to Dismiss for Lack of Jurisdiction and Forum Non Conveniens and Motion to Stay in Deference to a Foreign Proceeding.

The original documents are being sent to the Court by overnight mail and will be maintained in the case file in the Clerk's Office.

Respectfully submitted,
PITTSFIELD GENERATING COMPANY, L.P.
By its attorneys,


    /s/ David A. Brown
Robert J. Muldoon, BBO# 359480
David A. Brown, BBO# 556161
Jill M. Brannelly, BBO# 655474
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000

Dated: October 1, 2004

{00023893.DOC /}