UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEVON CANADA CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No:<br>04-30128-MAP |

**DEFENDANT DEVON CANADA CORPORATION'S MOTION FOR LEAVE
TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION
TO STAY IN DEFERENCE TO A PENDING FOREIGN PROCEEDING**

Devon Canada Corporation ("Devon") hereby moves for leave to file the accompanying reply memorandum (attached hereto as Tab A) in support of its Motion To Stay In Deference To A Pending Foreign Proceeding. As grounds for the present motion, Devon states that Plaintiff Pittsfield Generating Company, L.P.'s ("PGC's") Memorandum in Opposition to the foregoing motion raises new issues, and the accompanying reply memorandum will materially assist the Court in its consideration of Devon's pending motion.

- 2 -

WHEREFORE, Devon respectfully requests that the Court grant it leave to file the accompanying reply memorandum in support of its pending motion.

Dated: October 15, 2004

                Respectfully submitted,

/s/ Anita B. Bapooji
William L. Prickett (BBO #555341)
Anita B. Bapooji (BBO #644657)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: 617-248-7000
Facsimile: 617-248-7100

Counsel for Defendant
Devon Canada Corporation

John M. Simpson
Michelle C. Pardo
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-662-0200
Facsimile: 202-662-4643

Of Counsel
Devon Canada Corporation

## CERTIFICATION UNDER LOCAL RULE 7.1

I certify that, pursuant to Local Rule 7.1, counsel for the parties have conferred in good faith regarding this Motion on October 8, 2004, and that counsel for plaintiff has not assented to this Motion.

        /s/ Anita B. Bapooji
        Anita B. Bapooji
        Counsel for Defendant
        Devon Canada Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Devon Canada Corporation's Motion for Leave to File A Reply Memorandum In Support of Its Motion To Stay In Deference To A Pending Foreign Proceeding was served on the 15th day of October, 2004, via first class mail, postage prepaid, on the following:

    Robert J. Muldoon
    David A. Brown
    Sherin and Lodgen LLP
    101 Federal Street
    Boston, MA 02110

        /s/ Anita B. Bapooji
        Anita B. Bapooji