### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVON CANADA CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No: <br> 04-30128-MAP |

### DEFENDANT DEVON CANADA CORPORATION'S
### ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY
### MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS

Devon Canada Corporation ("Devon") hereby moves for leave to file the accompanying reply memorandum in support of its Motion To Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens. As grounds for the present motion, Devon states that Plaintiff Pittsfield Generating Company, L.P.'s first and second memoranda in opposition to the foregoing motion raises new issues, including those that require interpretation of and citation to Alberta law, and the accompanying reply memorandum will materially assist the Court in its consideration of Devon's pending motion.

Plaintiff assents to this motion with the understanding that Devon will assent to the filing of a sur-reply if Plaintiff seeks to file a sur-reply.

- 2 -

WHEREFORE, Devon respectfully requests that the Court grant it leave to file the accompanying reply memorandum in support of its pending motion.

Dated: November 12, 2004

    Respectfully submitted,

    /s/ Anita B. Bapooji
    William L. Prickett (BBO #555341)
    Anita B. Bapooji (BBO #644657)
    Testa, Hurwitz & Thibeault, LLP
    125 High Street
    Boston, MA 02110
    Telephone: 617-248-7000
    Facsimile: 617-248-7100

    Counsel for Defendant
    Devon Canada Corporation

    John M. Simpson
    Michelle C. Pardo
    Fulbright & Jaworski, LLP
    801 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    Telephone: 202-662-0200
    Facsimile: 202-662-4643

    Of Counsel
    Devon Canada Corporation

**CERTIFICATION UNDER LOCAL RULE 7.1**

I certify that, on November 12, 2004, pursuant to Local Rule 7.1, counsel for the parties have conferred in good faith regarding this Motion and that counsel for plaintiff has assented to this Motion, with the understanding that defendant will assent to plaintiff's filing of a sur-reply.

/s/ Anita B. Bapooji
Anita B. Bapooji
Counsel for Defendant
Devon Canada Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant Devon Canada Corporation's Motion for Leave to File A Reply Memorandum In Support of Its Motion To Dismiss for Lack of Personal Jurisdiction and Forum Non Conveniens was served on the 12th day of November, 2004, via first class mail, postage prepaid, on the following:

Robert J. Muldoon
David A. Brown
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110

/s/ Anita B. Bapooji
Anita B. Bapooji