## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVON CANADA CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No: <br> 04-30128-MAP |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below are being manually filed with the Court by Defendant Devon Canada Corporation ("Devon") and are available in paper form only:

1. Appendix Of Exhibits In Support Of Defendant Devon's Reply In Support Of Its Motion To Dismiss For Lack Of Personal Jurisdiction And Forum Non Conveniens, and Exhibits 15-21 attached thereto.

The original documents are being sent to the Court by overnight mail and will be maintained in the case file in the Clerk's Office.

Dated: November 12, 2004

Respectfully submitted,

/s/ Anita B. Bapooji
William L. Prickett (BBO #555341)
Anita B. Bapooji (BBO #644657)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: 617-248-7000
Facsimile: 617-248-7100

Counsel for Defendant
Devon Canada Corporation

1

2

> John M. Simpson
> Michelle C. Pardo
> Fulbright & Jaworski, LLP
> 108 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> Telephone: 202-662-0200
> Facsimile: 202-662-4643
>
> Of Counsel for
> Defendant Devon Canada Corporation

**CERTIFICATION OF SERVICE**

I hereby certify that a true and correct copy of Devon's Notice Of Filing With Clerk's Office was served on the 12th day of November, 2004 via first class mail, on the following:

> Robert J. Muldoon
> David A. Brown
> Sherin and Lodgen LLP
> 101 Federal Street
> Boston, MA 02110

> /s/ Anita B. Bapooji
> Anita B. Bapooji

3143446_1