UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PITTSFIELD GENERATING CO**

                                                                CASE NO.   04-30128-MAP

V.

**DEVON CANADA CORP.**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON ALL PENDING MOTIONS on DECEMBER 22, 2004 at 2:30 P.M., before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

|  | **TONY ANASTAS,**<br>**CLERK OF COURT** |
|---|---|
| 11/22/04 | By: /s/ Elizabeth A. French |
| Date | Deputy Clerk |

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                                                     [kntchrgcnf.]
                                                                                                    [ntchrgcnf.]