**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: |
| | ) 04-30128-MAP |
| DEVON CANADA CORPORATION, | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**JOHN M. SIMPSON, ESQ. AND MICHELLE C. PARDO, ESQ.**

Anita B. Bapooji, an associate with the law firm of Testa, Hurwitz & Thibeault, LLP, and

a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant

to Local Rule 83.5.3, enter an Order authorizing John M. Simpson and Michelle C. Pardo of

Fulbright & Jaworski, LLP to appear <u>pro hac vice</u> in the above-captioned case on behalf of

Defendant Devon Canada Corporation for the following reasons:

(1)    Devon Canada Corporation is a defendant in the above-captioned matter;

(2)    Devon Canada Corporation has retained Fulbright & Jaworski, LLP to represent

its interests in this proceeding and John M. Simpson and Michelle C. Pardo are its attorneys;

(3)    Mr. Simpson and Ms. Pardo have prepared certificates in accordance with Local

Rule 83.5.3, attached hereto, certifying that:

(a)    John M. Simpson is a member in good standing of the bars of the District

of Columbia and North Carolina; the United States District Courts for the District of Columbia,

Middle and Eastern Districts of North Carolina and Southern District of Texas; the Supreme

Court of the United States; the United States Courts of Appeals for the Fourth, Fifth, Tenth, Eleventh, Federal and District of Columbia Circuits; the U.S. Court of Federal Claims; and the U.S. Court of Appeals for Veterans Claims;

(b)    Michelle C. Pardo is a member in good standing of the bars of the District of Columbia and Maryland; the United States District Courts for the District of Maryland and the District of Columbia; and the United States Court of Appeals for the Fourth Circuit;

(c)    They are familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts; and

(d)    There are no disciplinary proceedings pending against them as members of the bar in any jurisdiction.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission pro hac vice of John M. Simpson and Michelle C. Pardo.

Dated: December 8, 2004

Respectfully submitted,

**DEVON CANADA CORPORATION**

By Its Attorneys

William L. Prickett (BBO #555341)
Anita B. Bapooji (BBO #644657)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: 617-248-7000
Facsimile: 617-248-7100

Counsel for Defendant
Devon Canada Corporation

-2-

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

On December 8, 2004, I, Anita B. Bapooji, Esq. have spoken with counsel for Pittsfield Generating Company, L.P., David A. Brown, of the law firm Sherin and Lodgen LLP, who has assented to this motion.

_____
Anita B. Bapooji

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of John M. Simpson, Esq. and Michelle C. Pardo, Esq. was served, via first class mail, postage pre-paid on the 8th day of December, 2004 on the following:

Robert J. Muldoon
David A. Brown
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 021100

_____
Anita B. Bapooji

3153521_1

-3-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P.,       ) | |
|        ) | |
|        ) | |
|       Plaintiff,     ) | |
|        ) | Civil Action No: |
|       v.       ) | 04-30128-MAP |
|        ) | |
| DEVON CANADA CORPORATION,       ) | |
|        ) | |
|       Defendant.    ) | |
|        ) | |
|        ) | |

**CERTIFICATE OF JOHN M. SIMPSON, ESQ.**

I, John M. Simpson, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1. I am a member in good standing of the bars of the District of Columbia and North Carolina; the United States District Courts for the District of Columbia, Middle and Eastern Districts of North Carolina and Southern District of Texas; the Supreme Court of the United States; the United States Courts of Appeals for the Fourth, Fifth, Tenth, Eleventh, Federal and District of Columbia Circuits; the U.S. Court of Federal Claims; and the U.S. Court of Appeals for Veterans Claims;

2. I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts; and

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Dated: December 7, 2004

John M. Simpson, Esq.

3150044_1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No: 04-30128-MAP |
| v. | ) ) | |
| DEVON CANADA CORPORATION, | ) ) | |
| Defendant. | ) ) ) ) | |

## CERTIFICATE OF MICHELLE C. PARDO, ESQ.

I, Michelle C. Pardo, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1.    I am a member in good standing of the bars of the District of Columbia and Maryland; the United States District Courts for the District of Maryland and the District of Columbia; and the United States Court of Appeals for the Fourth Circuit;

2.    I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts; and

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

Dated: December 1, 2004

_____
Michelle C. Pardo, Esq.

3150080_1