UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEVON CANADA CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No:<br>04-30128-MAP |

### SUPPLEMENTAL FILING OF MEMORANDUM
### OF JUDGMENT FROM CANADIAN LITIGATION

Pursuant to the December 22, 2004 hearing on Defendant Devon Canada Corporation's ("Devon") motion to stay and motion to dismiss, Devon hereby provides the Court with a copy of the Memorandum of Judgment issued by the Court of Appeal of Alberta. A copy of the Memorandum of Judgment is attached hereto as Exhibit A.

Dated: January 10, 2005

Respectfully submitted,

**DEVON CANADA CORPORATION**

By Its Attorneys

/s/ Anita B. Bapooji
William L. Prickett (BBO #555341)
Anita B. Bapooji (BBO #644657)
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110
Telephone: 617-248-7000
Facsimile: 617-248-7100

John M. Simpson
Michelle C. Pardo
Fulbright & Jaworski, LLP
108 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-662-0200
Facsimile: 202-662-4643

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplemental Filing of Memorandum of Judgment From Canadian Litigation was served, via electronic service and first class mail, postage pre-paid on the 10th day of January, 2005 on the following:

>David A. Brown
>Sherin and Lodgen LLP
>101 Federal Street
>Boston, MA 021100

>/s/ Anita B. Bapooji
>Anita B. Bapooji

3164801_1