UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEVON CANADA CORPORATION, )<br>)<br>Defendant. )<br> | Civil Action No:<br>04-30128-MAP |

## NOTICE OF CHANGE OF ADDRESS

Anita B. Bapooji, attorney for defendant Devon Canada Corporation. in the above-captioned matter, hereby gives notice of her new contact information:

Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231

John Simpson and Michelle Pardo of Fulbright & Jaworski L.L.P., who have been admitted *pro hac vice*, remain as counsel for defendant Devon Canada Corporation.

Dated:  March 17, 2005              Respectfully submitted,

/s/ Anita B. Bapooji
Anita B. Bapooji (BBO# 644657)
GOODWIN PROCTER, LLP
Exchange Place
53 State Street
Boston, MA  02109
617.570.1000
617.523.1231 (fax)