UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVON CANADA CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: <br> 04-30128-MAP |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that William L. Prickett, formerly of Testa, Hurwitz & Thibeault, LLP (in dissolution) and now a Partner at the law firm of Seyfarth Shaw LLP, hereby withdraws his appearance as counsel for Defendant Devon Canada Corporation pursuant to Local Rule 83.5.2(c). Anita B. Bapooji, also formerly of Testa, Hurwitz & Thibeault, LLP (in dissolution) and now associated with Goodwin Procter LLP will remain as counsel for the Defendant in this matter. On information and belief, the undersigned believes that there are no motions pending before the Court, no trial date has been set, and no hearings or conferences requiring the undersigned's presence have been scheduled.

Respectfully submitted,

Dated: March 16, 2005

William L. Prickett (BBO # 555341)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, Massachusetts 02110
(617) 946-4800

BO1 15703044.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Withdrawal was served upon the following counsel of record by first class mail on March 16, 2005.

David A. Brown, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110

Co-Counsel:

John M. Simpson, Esq.
Michelle C. Pardo, Esq.
Fulbright & Jaworski, LLP
108 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Anita B. Bapooji, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109

_____
William L. Prickett