UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PITTSFIELD GENERATING COMPANY, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEVON CANADA CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action <br> No: 04-30128-MAP |

## NOTICE OF APPEARANCE OF FRANCIS G. KELLEHER

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Francis G. Kelleher of Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, as counsel on behalf of Devon Canada Corporation in the above-captioned matter.

Dated: January 4, 2007

DEVON CANADA CORPORATION,

By their attorney,

/s/ Francis G. Kelleher
Francis G. Kelleher (BBO #629254)
GOODWIN PROCTER LLP
Exchange Place 53 State Street
Boston, Massachusetts 02109-2881
(617) 570-1000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2007.

                                                             /s/ Francis G. Kelleher

LIBA/1755330.2