UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
PITTSFIELD GENERATING COMPANY, L.P.,        )
                                            )
                Plaintiff,                  )
                                            )   Civil Action
                                            )   No: 04-30128-MAP
        v.                                  )
                                            )
DEVON CANADA CORPORATION,                   )
                                            )
                Defendant.                  )
                                            )
_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ANITA BAPOOJI RYAN

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Anita Bapooji Ryan of Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109, as one of the counsel to Devon Canada Corporation in the above-captioned matter.

Francis G. Kelleher of Goodwin Procter LLP shall continue his appearance as one of the counsel of record for Devon Canada Corporation.


Dated: January 4, 2007                      DEVON CANADA CORPORATION,

                                            By its attorney,

                                            /s/ Anita Bapooji Ryan_____
                                            Anita Bapooji Ryan (BBO #644657)
                                            Francis G. Kelleher (BBO #629254)
                                            GOODWIN PROCTER LLP
                                            Exchange Place
                                            Boston, Massachusetts  02109-2881
                                            (617) 570-1000

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 4, 2007.

/s/ Anita Bapooji Ryan

LIBA/1755429.1