UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PITTSFIELD GENERATING COMPANY, L.P.

V.  CA NO: 04-30128-MAP

DEVON CANADA CORPORATION

PROCEDURAL ORDER OF DISMISSAL

PONSOR, D.J.

In order to avoid the necessity for counsel to provide periodic status reports, it is hereby ORDERED that the above entitled action be and hereby is dismissed without prejudice to either party moving to restore it to the docket if any further action is required upon completion and termination of all proceedings in the parallel litigation in Canada.

September 27, 2007

/s/ Michael A. Ponsor
United States District Judge